UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN T. CLEVELAND,<br><br>               Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. CV-18-143-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 15), this case is DISMISSED.

    Dated this 27th day of March, 2020.

                            TYLER P. GILMAN, CLERK

                            By: /s/ Heidi Gauthier
                            Heidi Gauthier, Deputy Clerk